CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:15-CR-00042 |
| v. | By: Michael F. Urbanski |
| CLIFTON DERON CAMPBELL | United States District Judge |
| Defendant | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, defendant Clifton Campbell's motion to suppress, ECF No. 16, is **DENIED**.

It is **SO ORDERED**.

Entered: 02-22-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge